Scott E. Gizer, Nevada Bar No. 12216
*sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
*slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Defendants
OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, OLD REPUBLIC TITLE INSURANCE GROUP, INC. and OLD REPUBLIC TITLE OF NEVADA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-12,

Plaintiff,

vs.

OLD REPUBLIC TITLE INSURANCE GROUP, INC., et al.,

Defendants.

Case No.: 2:20-cv-01430-RFB-NJK

**AMENDED STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

**(First Request)**

Defendants Old Republic National Title Insurance Company ("ORNTIC"), Old Republic Title Insurance Group, Inc., and Old Republic Title of Nevada ("ORTN") (collectively, "Defendants") and plaintiff Wells Fargo Bank, N.A., as Trustee, on Behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12 ("Wells Fargo") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, Wells Fargo commenced the action by filing a Complaint on July 31, 2020, in the Eighth Judicial District Court for the State of Nevada, Clark County (Case No. A-20-818906-C).

**WHEREAS**, on August 3, 2020, ORNTIC filed a Petition of Removal with this Court, based upon diversity jurisdiction (ECF No. 1).

**WHEREAS**, on August 20, 2020, Wells Fargo served ORTN with the complaint pursuant to the executed summons filed on August 31, 2020 (ECF No. 7);

**WHEREAS**, on August 26, 2020, Wells Fargo purported to serve the complaint upon ORNTIC;

**WHEREAS**, on September 1, 2020, Wells Fargo filed a Motion to Remand to state court (ECF No. 10).

**WHEREAS**, ORTN's response to the complaint is due on September 10, 2020 and if served on August 26, 2020, ORNTIC's response to the complaint is due on September 16, 2020;

**WHEREAS**, Defendants' counsel is requesting an extension of time to respond to the complaint to afford Defendants' counsel additional time to review, analyze and respond to Wells Fargo's complaint;

**WHEREAS,** Wells Fargo does not oppose the extension and has agreed to extend Defendants' time to respond to the complaint to on or before September 23, 2020; and

**WHEREAS**, this is the first stipulation for an extension of Defendants' time to respond to the complaint.

Now, therefore, the parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

1. Defendants shall respond to the complaint on or before September 23, 2020.

2. Defendants intend to preserve their rights and do not expressly waive any and all defenses listed in Fed. R. Civ. P. 12(b), including by way of example only, and without limitation, with respect to whether they are subject to personal jurisdiction in this forum, and with respect to whether service of process of the complaint and summons were adequate.

/ / /



DATED this 10th Day of September, 2020

WRIGHT FINLAY & ZAK, LLP

*/s/-Lindsay D. Robbins*

By: __________________________

Darren T. Brenner
State Bar No. 8386
Lindsay D. Robbins
State Bar No. 13474
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117

Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

DATED this 10th Day of September, 2020

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

*/s/-Sophia S. Lau*

By: __________________________

Scott E. Gizer
State Bar No. 12216
Sophia S. Lau
State Bar No. 13365
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, NV 89148

Attorneys for Defendants
OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, OLD REPUBLIC TITLE INSURANCE GROUP, INC. amd OLD REPUBLIC TITLE OF NEVADA

**ORDER**

**IT IS SO ORDERED:**

Dated: September 11, 2020

By: __________________________
UNITED STATES MAGISTRATE JUDGE

