WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee, on Behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-12,<br><br>    Plaintiff,<br>vs.<br><br>OLD REPUBLIC TITLE INSURANCE GROUP, INC.; OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; OLD REPUBLIC TITLE COMPANY OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-01430-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 25-27]**<br><br>**[First Request]** |

COMES NOW Plaintiff Wells Fargo Bank, N.A., as Trustee, on Behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12 ("WFB"), and Defendants Old Republic National Title Insurance Company ("OR National"), Old Republic Title Insurance Group, Inc. ("ORTG") and Old Republic Title of Nevada ("ORTNV") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On July 31, 2020, WFB filed its Complaint in Eighth Judicial District Court, Case No. A-20-818906-C [ECF No. 1-2];
2. On August 3, 2020, OR National filed a Petition for Removal to this Court [ECF No. 1];
3. On September 23, 2020, OR National filed a Motion to Dismiss [ECF No. 25];
4. On September 23, 2020, ORTNV filed a Motion to Dismiss [ECF No. 26];
5. On September 23, 2020, ORTG filed a Motion to Dismiss [ECF No. 27];
6. WFB's deadline to respond to all pending Motions to Dismiss is currently October 7, 2020;
7. WFB's counsel is requesting an extension until Friday, November 6, 2020, to file its response to all pending Motions to Dismiss;
8. This extension is requested to allow counsel for WFB additional time to review and respond to the points and authorities cited to in the Motions;
9. Counsel for ORTNV, ORTG and OR National does not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

10. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 2nd day of October, 2020. | DATED this 2nd day of October, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Lindsay D. Robbins*<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee, on Behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12* | */s/ Sophia S. Lau*<br>Scott E. Gizer, Esq.<br>Nevada Bar No. 12216<br>Sophia S. Lau, Esq.,<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendants, Old Republic National Title Insurance Company, Old Republic Title Insurance Group, Inc. and Old Republic Title of Nevada* |

**IT IS SO ORDERED.**

Dated this  11th  day of October, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE