Scott E. Gizer, Nevada Bar No. 12216
　*sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
　*slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
　GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Attorneys for Specially-Appearing Defendant OLD REPUBLIC TITLE INSURANCE GROUP, INC. and Defendants OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY and OLD REPUBIC TITLE COMPANY OF NEVADA

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-12,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC TITLE INSURANCE GROUP; et al.,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-01430-RFB-NJK<br><br>**STIPULATION AND ORDER TO STAY** |



Plaintiff Wells Fargo Bank, N.A., as Trustee, on Behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12 ("WFB"), and Defendants Old Republic National Title Insurance Company ("Old Republic"), Old Republic Title Insurance Group, Inc. ("ORTIG") and Old Republic Title Company of Nevada ("ORTCNV") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows, subject to the approval of the District Court:

This is one of several title insurance coverage disputes pending in this district following an HOA foreclosure sale. The case was originally filed in Nevada state court. ECF No. 1. Defendant Old Republic removed the action based on diversity jurisdiction. *Id.* WFB filed a motion to remand this matter to the Eighth District Court (ECF No. 10) ("WFB's Motion for Remand"). Defendants have each filed motions to dismiss (ECF Nos. 25-27).

On December 28, 2020, Magistrate Judge Koppe granted the Parties' stipulation to limit discovery and stay discovery deadlines pending a decision on WFB's Motion for Remand (ECF No. 40). However, the Parties now have agreed to stay all discovery in this case to preserve judicial resources and the Parties' resources.

To the extent the Court exercises jurisdiction over this matter, this case, like the majority of HOA title insurance cases pending in this district, concerns the ALTA 1992 loan policy of title insurance with form 1 coverage, along with the CLTA 100/ALTA 9 Endorsement and the CLTA 115.2/ALTA 5 Endorsement (while others concern the similar CLTA 115.1/ALTA 4 Endorsement).

One such matter is on appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGC) (the "*Wells Fargo II* Appeal"). The parties to that case—whose counsel are also counsel in this action—have been advised that the Ninth Circuit is considering the *Wells Fargo II* Appeal for oral argument.[1]

---

[1] The Court had indicated it would hear oral argument in Summer, 2021. The Ninth Circuit subsequently ordered the parties to participate in another pre-mediation conference, which took place earlier this week. A new date or time frame for oral argument has not been provided, but the parties anticipate that a new date will be provided soon.



1
**STIPULATION AND ORDER TO STAY**
618509.1

1  The Parties anticipate that the Ninth Circuit Court of Appeals' decision in the *Wells Fargo II* Appeal will likely touch upon issues regarding the interpretation of the title insurance policy that could potentially affect the disposition of this action, particularly given some of the similarities between the policy at issue in *Wells Fargo II* Appeal and the policy here.

Because the *Wells Fargo II* Appeal has the potential to resolve certain matters at issue in this case, to the extent the Court finds it has jurisdiction to hear this dispute, the Parties stipulate and agree that a complete stay of discovery in this particular case pending the outcome of *Wells Fargo II* Appeal is appropriate.

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Discovery between the Parties in the instant action shall immediately be **STAYED** pending the earlier of the disposition of either WFB's Motion for Remand or the *Wells Fargo II* Appeal. The Parties shall not file any motions to enforce party discovery while this stay is pending.

2. The Parties shall not file any additional dispositive motions while this stay is pending.

3. Each of the Parties shall be excused from responding to any now-outstanding discovery requests propounded by the other until after the stay is lifted.

4. The scheduling order previously entered in this action shall be hereby **VACATED**.

5. Each of the Parties may request a further Fed. R. Civ. P. 26(f) conference at any time 180 days after the order granting this stipulation.

6. By entering into this stipulation, none of the Parties is waiving its right to subsequently move the Court for an order lifting the stay in this action.

7. Nothing contained in this stipulation will prevent the Parties from propounding and enforcing subpoenas to third parties.

Dated: June 9, 2021         WRIGHT, FINLAY & ZAK

By: /s/-Darren T. Brenner
DARREN T. BRENNER
Attorneys for Plaintiff WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-12

Dated: June 9, 2021         EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

By: /s/-Sophia S. Lau
SCOTT E. GIZER
SOPHIA S. LAU
Attorneys for Specially-Appearing Defendant OLD REPUBLIC TITLE INSURANCE GROUP, INC. and Defendants OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY and OLD REPUBIC TITLE COMPANY OF NEVADA

**IT IS SO ORDERED.**

Dated this __11__ day of __JUne__, 2021.

RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE



618509.1

3
**STIPULATION AND ORDER TO STAY**



## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ D'Metria Bolden*
D'METRIA BOLDEN
An Employee of EARLY SULLIVAN
WRIGHT GIZER & McRAE LLP